UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
11 JUN 21 AM 8:42
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

MALKON et al.,

        Plaintiff,

vs.

WELLS FARGO BANK,

        Defendant.

CASE NO. 10CV2085 JM(MDD)

JUDGMENT AND DISMISSAL BY COURT UNDER Local Cv Rule 41.1 and 4(m) FOR WANT OF PROSECUTION

The above-entitled cause, having come before the court on a calendar called pursuant to notice under Local Cv Rule 41.1, and it appearing to the court that this action has been pending in this court for more than six months without any proceeding having been taken therein during such period, and pursuant to notice under Rule 4(m), F.R.Civ.P. for failure to serve process, and it appearing to the court that the summons and complaint have not been served, and no extension of time to serve has been requested, therefore,

IT IS ORDERED, ADJUDGED AND DECREED that the above-entitled cause is hereby dismissed, without prejudice, for want of prosecution.

DATED: June 6, 2011

Jeffrey T. Miller
UNITED STATES DISTRICT JUDGE